IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SAMANTHA GOSSELIN,

    Plaintiff,

v.                                        C.A. No.:   1:23-cv-1395

CITY OF AUSTIN D/B/A AUSTIN ENERGY,

    Defendants
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SAMANTHA GOSSELIN (hereinafter sometimes referred to as "Plaintiff"), by and through her undersigned counsel, sues Defendants, CITY OF AUSTIN D/B/A AUSTIN ENERGY (hereinafter sometimes collectively referred to as "Defendants"), and in support thereof states as follows:

## INTRODUCTION

1. This is an action by Plaintiff against her employers for unpaid wages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. Plaintiff seeks damages for unpaid overtime, liquidated damages, and a reasonable attorney's fee and costs.

## JURISDICTION

2. This claim is properly before this Court pursuant to 28 U.S.C. § 1331, as this claim arises under federal law, and by the private right of action conferred in 29 U.S.C. § 216(b).

## VENUE

3. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, has offices Travis County, Texas.

## THE PARTIES

4. Plaintiff, SAMANTHA GOSSELIN, is an individual residing in Bell County, Texas.

5. Plaintiff, SAMANTHA GOSSELIN, was employed by Defendant Austin Energy from approximately February of 2019 to August 14, 2023 as a Command Center Senior providing customer service to Defendant's subscribers. Defendant paid Plaintiff at the regular rate of approximately $42,000.00 per year.[1]

6. Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, is a municipal corporation located in Travis County, Texas, and is a home rule city under the provisions of Article XI, Section 5 of the Constitution of the State of Texas, operating pursuant to the constitution and laws of the State of Texas. It operates the Austin Energy, a local power utility. The City can be served with process through the city's clerk, Jannette Goodall, at 301 W. 2nd Street, Austin, Texas 78701.

7. Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, is an employer as defined by 29 U.S.C. § 203(d).

8. Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, has employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

---

[1] Approximately $42,000 per year was Plaintiff's approximately final wage. Plaintiff was paid at the hourly rate of $18.00 per hour for the first 90 days of her employment.

9. At all times material to this complaint, Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

10. At all times material to this complaint, Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, was an enterprise engaged in interstate commerce, operating a business engaged in commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

11. At all times material to this complaint, Defendant employed workers who handled imported goods, which during their existence, had been shipped to Texas in interstate commerce.

12. Plaintiff's job duties while employed by Defendant included making and receiving interstate and international telephone calls and email correspondence on a regular and recurring basis.

13. At all times material to this Complaint, Defendant was the employers of the Plaintiff, and as a matter of economic reality, Plaintiff was dependent upon Defendant for her employment.

## VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT

14. Plaintiff, SAMANTHA GOSSELIN, occupied the position of Senior Customer Service Representative and did not hold a position considered as exempt under the FLSA.

15. Defendant's management required Plaintiff to work in excess of 40 hours in

a workweek. Specifically, Plaintiff was typically required to work 50 hours per workweek.

16. Plaintiff was not paid for her overtime work in accordance with the FLSA.

17. Throughout the employment of Plaintiff, Defendant repeatedly and willfully violated Sections 7 and 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times their regular rate of pay for each hour worked in excess of 40 in a workweek.

18. The work schedules for the Plaintiff required her to work in excess of 40 hours in a workweek on a regular and recurring basis during numerous workweeks.

19. Defendant's failure to pay overtime properly was willful.

20. Defendant either knew about or showed reckless disregard for the matter of whether its conduct was prohibited by the FLSA and failed to act diligently with regard to their obligations as employers under the FLSA.

21. Defendant failed to act reasonably to comply with the FLSA, and so Plaintiffs are entitled to an award of liquidated damages in an equal amount as the amount of unpaid overtime pay pursuant to 29 U.S.C. § 216(b).

22. The acts described in the above paragraphs violate the Fair Labor Standards Act, which prohibits the denial of overtime compensation for hours worked in excess of 40 per workweek.

23. As a result of Defendant's unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid that should have been paid.

24. Plaintiff is entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff, SAMANTHA GOSSELIN, demands Judgment against Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, for the following:

a. Awarding Plaintiff compensatory damages, attorneys' fees and litigation expenses as provided by law;

b. Awarding Plaintiff pre-judgment, moratory interest as provided by law, should liquidated damages not be awarded;

c. Awarding Plaintiff liquidated damages and/or statutory penalties as provided by law;

d. Awarding Plaintiff such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

_____
**CHARLES L. SCALISE**
Texas Bar No. 24064621

**ATTORNEYS FOR PLAINTIFF**