IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SAMANTHA GOSSELIN,<br><br>　　　Plaintiff,<br>v.<br><br>CITY OF AUSTIN D/B/A<br>AUSTIN ENERGY,<br><br>　　　Defendants<br>_____/ | §<br>§<br>§<br>§　Civil Action No.: 1:23-cv-1395-DAE<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff, SAMANTHA GOSSELIN, and Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, on September 13, 2024 (Dkt. # 17.) The Court is of the opinion that such Stipulation is well taken and should be granted.

IT IS THEREFORE ORDERED, that all claims asserted or that could have been asserted by Plaintiff, SAMANTHA GOSSELIN, against Defendant, CITY OF AUSTIN D/B/A AUSTIN ENERGY, in this action are hereby dismissed, **with prejudice**, with each Party bearing their own attorney's fees and costs.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

IT IS SO ORDERED.

Signed: Austin, Texas September 16, 2024.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE